UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| JANE DOE, | |
|---|---|
| | Plaintiff, |
| - against - | |
| NIAGARA UNIVERSITY, | |
| | Defendant. |

**NOTICE OF MOTION FOR PLAINTIFF TO PROCEED UNDER PSEUDONYM**

Civil Action No:

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated December 6, 2023, Plaintiff, JANE DOE, will move this Court in a courtroom to be designated at 2 Niagara Square, Buffalo, New York, at such convenient time as counsel may be heard, pursuant to Federal Rules of Civil Procedure 10(a), for an Order permitting the Plaintiff to proceed under a pseudonym in this action until such time as the Court may order her name disclosed, and for such other relief as the Court deems appropriate and just.

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7(b)(2)(B), any answering papers shall be served within fourteen days after service of the moving papers, and any reply papers shall be served within seven days after service of the answering papers.

Dated: New York, New York
December 6, 2023

ODDO & BABAT, P.C.

By:_____
David M. Oddo, Esq.
Attorneys for Plaintiff
8 West 38th Street, Suite 1002
New York, New York 10018
(212) 642-0950
File: #12572

TO:

NIAGARA UNIVERSITY
5795 Lewiston Road
Niagara University, New York 14109

Civil Action No:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JANE DOE,

                               Plaintiff,

- against -

NIAGARA UNIVERSITY,

                               Defendant.

**NOTICE OF MOTION FOR PLAINTIFF TO
PROCEED UNDER PSEUDONYM AND
AFFIRMATION IN SUPPORT**

**ODDO & BABAT, P.C.
Attorneys for Plaintiff**
8 West 38th Street, Suite 1002
New York, New York 10018
(212) 642-0950