UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>- against -<br><br>NIAGARA UNIVERSITY,<br><br>Defendant. | **[PROPOSED] ORDER ON MOTION FOR LEVE TO PROCEED UNDER PSEUDONYM**<br><br>Civil Action No: |

WHEREAS, Plaintiff JANE DOE, filed a Complaint in this action on December , 2023;

WHEREAS by Notice of Motion dated December 6, 2023, and Memorandum of Law dated December 8, 2023, Plaintiff requests that the Court permit her to proceed under a pseudonym in this action until such time as the Court may order her name disclosed;

IT IS HEREBY ORDERED THAT Plaintiff may proceed under a pseudonym in this action until such time as the Court may order her name disclosed.

Dated: December , 2023

______________________________
U.S.D.J.